IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:03CR3093 |
| | ) | |
| v. | ) | |
| | ) | |
| CLYDE ANDERSON, | ) | ORDER ON UNOPPOSED MOTION TO |
| | ) | CONTINUE |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Unopposed Motion to Continue, filing 61, is granted;

2. the violation of supervised release hearing is continued to February 13, 2012, at 11:00 a.m., in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the defendant shall be present at the hearing.

Dated December 5, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge